UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-00930-MMM(PJWx) | Date | June 2, 2008 |

| | |
|---|---|
| Title | L.A. Printex Industires vs. Ross Stores, et al |

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** SCHEDULING CONFERENCE; ORDER TO SHOW CAUSE

  The court notes plaintiff counsel Mr. Stephen M. Doniger and defendant counsel Mr. Martin Kaufman were not present.  An Order To Show Cause re Dismissal is hereby issued.  Plaintiff is directed to show cause why this court should not dismiss the case for failure to appear and failure to comply with this court's orders.  A response shall be filed no later than noon, June 5, 2008.

  Scheduling conference is not held.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>RR for AH</u> |
|---|---|---|